```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                     WESTERN DIVISION
```

OLIVIA HARDEN                                           PLAINTIFF

VERSUS                          CIVIL ACTION NO. 5:06cv158-DCB-JMR

FIELD MEMORIAL COMMUNITY HOSPITAL,
QUORUM HEALTH RESOURCES, LLC, and
JOHN DOES                                              DEFENDANTS

## FINAL JUDGMENT

This matter comes before the Court on the plaintiff's Motion to Dismiss [**docket entry no. 12**].  The Court granted the Motion to Dismiss in a separate Memorandum Opinion and Order of even date herewith.  Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that this civil action is dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the   17th   day of April, 2007.


                                   s/ David Bramlette
                            UNITED STATES DISTRICT JUDGE